CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 1 9 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

CARLOS DE LA PUENTE,             )
    Petitioner,              )    **Civil Action No. 7:06-cv-00019**
                    )
v.                               )    **FINAL ORDER**
                    )
UNITED STATES OF AMERICA,         )
B. A. BLEDSOE, WARDEN,            )    **By: Hon. James C. Turk**
    Respondent.              )    **Senior United States District Judge**

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, which the court construes as a motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, shall be and hereby is **DISMISSED** without prejudice as successive, and the action is hereby stricken from the active docket of the court.

ENTER: This _18th_ day of January, 2006.

_____
Senior United States District Judge